# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ROBERT BROWN,**

    Plaintiff,

  v.                                                    **Case No. 20-CV-1131**

**CAPT. CUSHING,** *et al.***,**

    Defendants.

## ORDER

Plaintiff Robert Brown, an inmate at the Green Bay Correctional Institution, filed a civil rights complaint under 42 U.S.C. § 1983, along with a motion to proceed without prepaying the filing fee under 28 U.S.C. § 1915. (ECF Nos. 1-2.) On August 25, 2020, the court ordered Brown to forward to the Clerk of Court the sum of $11.15 as an initial partial filing fee. (ECF No. 7.) The court warned Brown that, if by September 16, 2020, he did not pay the initial partial filing fee or explain why he was unable to do so, the case could be dismissed. (*Id.* at 4.) Brown has not paid the initial partial filing fee. Accordingly, the court will dismiss this case without prejudice based on Brown's failure to comply with the court's order.

**IT IS THEREFORE ORDERED** that this case is **DISMISSED without prejudice** based on Brown's failure to comply with the court's order. The Clerk is directed to enter judgment accordingly. Brown may submit the initial partial filing

fee and move to have the case reopened within twenty-one days of entry of this order.

Dated at Milwaukee, Wisconsin this 18th day of September, 2020.

WILLIAM E. DUFFIN
U.S. Magistrate Judge